792 A.2d 396

IN THE MATTER OF MILTON DIAMOND,
AN ATTORNEY AT LAW.

March 6, 2002.

## ORDER

This matter having been presented to the Court on the motion filed by respondent, **MILTON DIAMOND** of **FREEHOLD,** to adjourn the hearing before District IX Ethics Committee docketed as District. Docket No. IX–00–015E, based on respondent's physical inability to participate in the proceedings or to assist in his defense, and good cause appearing;

IT is ORDERED that **MILTON DIAMOND** of **FREEHOLD,** who was admitted to the bar of this State in 1954, is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12(e), effective immediately, and until the further Order of the Court; and it is further

ORDERED that the ethics proceedings currently pending before the District IX Ethics Committee are hereby stayed pending the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period he is on disability inactive status and that respondent comply with Rule 1:20–20 governing attorneys transferred to disability inactive status.